# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

Clifford W. Taylor,
Chief Justice

130166 & (18)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 130166
COA: 262284
Wayne CC: 01-005308-01

DAMON D. HUDSON,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.

KELLY, J., would, in lieu of this Court's order denying the application for leave to appeal, direct the defendant to provide this Court with a complete copy of his Presentence Investigation Report.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006

_____
Clerk

d0524